Argued July 11, reversed September 5, 1974

MAY ET UX, *Appellants, v.* DEPARTMENT
OF REVENUE, *Respondent.*

526 P2d 542

*Richard F. Deich,* of Deich, Deich and Hinton,
Portland, argued the cause and filed the briefs for
appellants.

*Ted E. Barbera,* Assistant Attorney General, Salem,
argued the cause for respondent. With him on the brief
were Lee Johnson, Attorney General, and Theodore
W. deLooze, Chief Tax Counsel, Salem.

HOWELL, J.

This suit was brought in the Oregon Tax Court

to reverse a ruling of the Department of Revenue denying the plaintiffs a net operating loss carryback. Plaintiffs suffered a loss in 1970. They sought to carry that loss back to 1967 as a deduction. When the deduction was denied by the defendant Department of Revenue the plaintiffs attempted to carry the loss back to 1969, as an alternative interpretation of the loss carryback provisions of the federal Internal Revenue Code as incorporated into the Oregon Personal Income Tax Act of 1969. ORS ch 316. This was also denied. The parties stipulated that there were no issues of fact. The legal issues were submitted on briefs and the tax court affirmed the ruling of the Department of Revenue.

This case is controlled by our decision in *Christian v. Department of Revenue,* 269 Or 469, 526 P2d 538, decided this date.

The plaintiffs are entitled to carry back the 1970 loss to 1967.

Reversed.